UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-20468-KMW

WINDY LUCIUS,

    Plaintiff,

vs.

HAUTE CUISINE, INC.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Windy Lucius, and Defendant Haute Cuisine, Inc. ("Defendant" or "Haute Cuisine"), by and through their respective undersigned counsel, notify the Court that on April 21, 2022, the Parties have agreed settle this matter and to all material terms of a confidential settlement agreement, which shall be executed by the Parties promptly. Accordingly, the Parties hereby notify the Court of the settlement pursuant to the Court's practices and procedures.

    Dated: April 21, 2022                          Respectfully submitted,

| CUNNINGHAM PLLC<br>*Attorneys for Plaintiff*<br>8950 SW 74th Court<br>Suite 2201<br>Miami, FL 33156<br>305-351-2014<br>By: /s/ *Juan Courtney Cunningham*<br>Juan C. Cunningham, Esq.<br>Email: cc@cunninghampllc.com | LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP<br>*Attorneys for Defendant*<br>201 S. Biscayne Boulevard<br>22nd Floor – Miami Center<br>Miami, FL  33131<br>Telephone:  (305) 403-8788<br>Facsimile:  (305) 403-8789<br>By: /s/ *Gabriel A. Lievano*<br>Jason K. Kellogg<br>Florida Bar No. 578401<br>Primary email: jk@lklsg.com<br>Gabriel A. Lievano<br>Florida Bar No. 1003884<br>Primary email: gl@lklsg.com |
|---|---|