UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-20468-KMW

WINDY LUCIUS

    Plaintiff,

vs.

HAUTE CUISINE, INC.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with no responsive pleadings having yet been filed by Defendant HAUTE CUISINE, INC. Plaintiff WINDY LUCIUS hereby gives notice that she voluntarily dismisses all claims against Defendant, with prejudice, and requests that this Court terminate the action.

Dated: May 23, 2022

                    Respectfully submitted,

                    */s/ J. Courtney Cunningham*
                    J. Courtney Cunningham, Esq.
                    J. COURTNEY CUNNINGHAM, PLLC
                    FBN: 628166
                    8950 SW 74th Court, Suite 2201
                    Miami, FL 33156
                    T:  305-351-2014
                    cc@cunninghampllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2022, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system.

               */s/ J. Courtney Cunningham*
               J. Courtney Cunningham, Esq.